

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00042-CV

**ANTHONY O. MBA AND OLIVIA A. MBA,**

**Appellants**

**v.**

**HSBC BANK, U.S.A NATIONAL ASSOCIATION,
AS TRUSTEE FOR ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST, SERIES 2005 HE1,**

**Appellees**

_____

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 78363

_____

## MEMORANDUM OPINION

_____

Anthony and Olivia Mba appeal from the trial court's summary judgment signed

on November 2, 2011. The Mba's brief was originally due on April 4, 2012. By letter

dated June 12, 2012, this Court notified the Mbas that the appeal would be dismissed for

want of prosecution if a brief or response showing grounds for continuing the appeal

was not filed within 21 days from the date of the letter. The Mbas filed a motion for

extension of time to file their brief on July 18, 2012. The motion was granted, and the

brief was due to be filed on August 1, 2012. The Mbas did not file a brief. By letter dated August 24, 2012, the Clerk of this Court warned the Mbas that their appeal would be dismissed for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter. More than 21 days have passed, and no response has been filed. Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).

On June 15, 2012 Appellees filed a motion to dismiss the appeal. That motion is dismissed as moot.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed; Motion dismissed
Opinion delivered and filed September 27, 2012
[CV06]